DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EARL DEAN LILLY, JR.,**
Appellant,

v.

**PALM BEACH COUNTY SHERIFF'S OFFICE,**
Appellee.

No. 4D21-172

[January 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2019-CA-002466-XXXX-MB.

Earl Dean Lilly, Jr., Hartly, Delaware, pro se.

Carri S. Leininger and Maureen Martinez of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***